No. 10–10176.  LEE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–10179.  MUELLER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 10–10183.  WILKINSON v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 10–10184.  ZAMORA-VILLELA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–10185.  VARA-DAVILA v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 10–10188.  WESTCOTT v. OUTLAW, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 10–10190.  PENA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–10195.  CARNEGLIA, AKA CANIG v. UNITED STATES. C. A. 2d Cir.  Certiorari denied.

No. 10–10196.  THOMAS ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–10198.  CARTER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 10–10214.  WILLIAMS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 10–751.  KHADR ET AL. v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. D. C. Cir.  Certiorari denied. JUSTICE BREYER and JUSTICE SOTOMAYOR would grant the petition for writ of certiorari.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–854.  ROSARIO v. GRIFFIN, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.